UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JUDITH A. KURIEN,<br><br>              Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>              Defendant. | Case No. CV-16-059-M-JCL<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is affirmed.

     Dated this 4th day of January, 2017.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Annie Puhrmann
                                      Annie Puhrmann, Deputy Clerk